IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIONEL SCOTT HARRIS,

    Defendant.

No. CR 89-00010 SI

**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE UNSEALED**

Defendant Harris was indicted in 1989 with four counts stemming from a conspiracy to import and distribute marijuana via a sailing vessel. Eighteen months later, defendant was found guilty *in absentia* after a jury trial. In September 2012, this Court sentenced defendant to 120 months in custody. Defendant appealed.

Throughout the case, a number of documents were filed by the Government under seal or were reviewed *in camera* by the Court. As part of defendant's appeal, he is challenging the necessity of the continued sealing of these documents. The Ninth Circuit remanded the case to this Court for the limited purpose of deciding defendant's motion to unseal. *See* Docket No. 478.

Accordingly, the Court ORDERS the Government to show cause, in writing to be filed no later than **August 9, 2013.** why the documents should not be unsealed

**IT IS SO ORDERED.**

Dated: July 23, 2013

SUSAN ILLSTON
United States District Judge